

December 21, 2007

The Honorable Frederick J. Scullin, Jr.
United States District Court
Northern District of New York
100 South Clinton Street
Post Office Box 7367
Syracuse, NY 13261-7367

      RE:    Chao v AZON Employees Retirement Plan
               Civil Action Number 3:06-CV-1006

Dear Judge Scullin:

Thank you for appointing me as Independent Fiduciary in the above referenced case. I will work diligently and expeditiously to distribute the assets in the plan to all plan participants and beneficiaries. Pursuant to the conclusion of the Court's Order dated December 4, 2007, I respectfully submit for your review and approval my proposed fee.

In executing my duties as outlined in the Order, including restating the plan document to comply with various tax law changes (Uruguay Round Agreement Act, Small Business Job Protection Act of 1996, Taxpayer Relief Act of 1997, Uniformed Services Employment and Reemployment Rights Act of 1994, Internal Revenue Service Restructure and Reform Act of 1998, Community Renewal Tax Relief Act of 2000, and the Economic Growth and Tax Relief Reconciliation Act of 2001), my proposed fee is $6000. This fee includes out-of-pocket expenses such as mailing fees and fiduciary bond coverage.

I do not anticipate the need to retain attorneys, accountants, or actuaries in the execution of my duties. In the unlikely event a situation arises that requires an "outside" service provider, I will obtain prior approval from the court before obligating the Plan for such an expense.

Please contact me if you have any questions or require additional information.

Respectfully Submitted,

Jacqueline M. Carmichael

---

JM Pension Advisory, Inc.
15807 Crabbs Branch Way
Suite B
Derwood, Maryland 20855

Voice:    301/417-0099
Fax:      301/417-2929
E-mail:   info@jmpension.com
Website  www.jmpension.com

Judge Scullin
December 21, 2007
Page Two

Cc:     John Campbell                        Mark Sheris
        US Dept of Labor                     US Dept of Labor
        Office of the Solicitor              Office of the Solicitor
        201 Varick Street, Room 983          201 Varick Street, Room 983
        New York NY  10014                   New York, NY 10014

The anticipated fees and expenses as stated herein is SO ORDERED and further it is ORDERED that, pursuant to this Court's order of December 4, 2007, that upon approval of fees this case shall be closed, the Clerk is directed to close this case accordingly.

IT IS SO ORDERED.

*[signature]*
Frederick J. Scullin, Jr
Senior U.S District Judge

January 14, 2008