United States District Court
Northern District of New York

# JUDGMENT

ELAINE L. CHAO, Secretary of Labor, United States Department of Labor

**Plaintiff**

VS.                                          3:06-CV-1006 (FJS) (DEP)

AZON EMPLOYEES RETIREMENT PLAN

**Defendant**

[X]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the plaintiff's motion for default judgment is granted, Jacqueline M. Carmichael is appointed as the Independent Fiduciary of Azon Employees Retirement Plan with full authority and control with respect to the management or disposition of the assets of the Plan. Ms. Carmichael shall obtain a bond pursuant to ERISA section 412, 29 USC section 1112. Upon completing such distribution of the Plan assets, Ms. Carmichael shall terminate Azon Employees Retirement Plan in accordance with applicable Plan documents, ERISA and other applicable Federal law, 29 USC section 1001.  The Court approves an award of $6,000.00 for the expenses and fees of the   Independent Fiduciary and this matter is closed.

All of the above pursuant to the Orders of the Honorable Senior Judge Frederick J. Scullin, Jr., dated 12/4/2007 and 1/14/2008.


**JANUARY 15, 2008**                               **LAWRENCE K. BAERMAN**

**DATE**                                                     **CLERK OF COURT**

                                                                    **s/**


                                                                    **JOANNE BLESKOSKI**
                                                                    **DEPUTY CLERK**